# IN THE SUPREME COURT OF THE STATE OF NEVADA

SKYDIVE MYRTLE BEACH, INC., A
SOUTH CAROLINA CORPORATION;
SKYDIVE MYRTLE BEACH, LLC; AND
AARON HOLLY, AN INDIVIDUAL,
Appellants,
vs.
VEGAS BUCKET LIST SKYDIVING,
LLC, A NEVADA LIMITED LIABILITY
COMPANY; AND JACE RAMSEY, AN
INDIVIDUAL,
Respondents.

No. 69130

FILED

SEP 0 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER GRANTING MOTION AND DISMISSING APPEAL*

This is an appeal from a district court order denying a motion to dismiss. Respondents have filed a motion to dismiss the appeal for lack of jurisdiction, appellants have opposed the motion, and respondents have filed a reply.

Cause appearing, the motion is granted. No statute or court rule authorizes an appeal from an order denying a motion to dismiss. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207,

16-27470

209, 678 P.2d 1152, 1153 (1984).  Because the challenged order is not substantively appealable we lack jurisdiction over this appeal and we ORDER this appeal DISMISSED.[1]

_____Cherry_____, J.
Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____, J.
Gibbons

cc:    Hon. Rob Bare, District Judge
       Stephen Haberfeld, Settlement Judge
       Dempsey Roberts & Smith, Ltd.
       Kent Law
       Eighth District Court Clerk

---

[1]Appellants' alternative request that this appeal be converted to a writ of mandamus is denied.  If appellants believe that filing a writ petition is a proper course of action, then they may do so.  Additionally, respondents' request for sanctions and attorney fees and costs is denied.